**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-22032-KMM**

ALBION BRAND FOUNDRY LTD,

      Plaintiff,

  v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

      Defendants.

_____ /

**NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF**

Plaintiff, ALBION BRAND FOUNDRY LTD, by and through its undersigned counsel,

hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the

Complaint [ECF No. 1], attached hereto.

DATED: March 27, 2026.                Respectfully submitted,

                              /s/ Andrew Palmer
                              Andrew J. Palmer
                              Palmer Law Group, P.A.
                              110 East Broward Blvd, Suite 1700
                              Fort Lauderdale, FL 33301
                              Phone: 954-771-7050
                              ajpalmer@palmerlawgroup.com
                              ***Attorney for Plaintiff***

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
| --- | --- | --- |
| 1 | lingzhuo | https://www.walmart.com/global/seller/102748820 |
| 2 | EverTeng Commerce | https://www.walmart.com/global/seller/102898556 |
| 3 | ksnegs | https://www.walmart.com/global/seller/102832341 |
| 4 | CHONG XIE | https://www.walmart.com/global/seller/102735830 |
| 5 | Huili Store | https://www.walmart.com/global/seller/101212860 |
| 6 | Weini Store | https://www.walmart.com/global/seller/102759795 |
| 7 | Glamouria | https://www.walmart.com/global/seller/102748515 |
| 8 | Zexumo Inc | https://www.walmart.com/global/seller/101267498 |
| 9 | zhuituww | https://www.walmart.com/global/seller/102495509 |
| 10 | Woju store | https://www.walmart.com/global/seller/101679400 |
| 11 | Jtauy | https://www.walmart.com/global/seller/102789722 |
| 12 | yangshop | https://www.walmart.com/global/seller/102812098 |
| 13 | suyoustore | https://www.walmart.com/global/seller/102854629 |
| 14 | WENHAOSTORE | https://www.walmart.com/global/seller/102910833 |
| 15 | quelianshop | https://www.walmart.com/global/seller/102853717 |
| 16 | guangzhoukuangyangkejiyouxian | https://www.walmart.com/global/seller/102901103 |
| 17 | yingzhushop | https://www.walmart.com/global/seller/102844214 |